UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONA GRIMMETT,

    Plaintiff,

SOUTEAST MICHIGAN SURGICAL
HOSPITAL LLC and OAKLAND MRI LLC,

    Intervening Plaintiffs
_____/

MICHIGAN AMBULATORY SURGICAL CENTER,

    Plaintiff,

v.

ENCOMPASS INDEMNITY COMPANY

    Defendant.
_____/

Case Nos. 14-14646 & 15-14249

HON. AVERN COHN

## ORDER DISMISSING DEFENDANT'S MOTION TO COMPEL THE DEPOSITION OF SUSAN SWIDER (Doc. 31).

This is an insurance case. Plaintiff Tona Grimmett (Grimmett) was an insured under a No-Fault policy (M.C.L. § 500.3101, et seq.) issued by Defendant Encompass Indemnity Company (Encompass). Grimmett was injured in a car accident. Afterwards, she underwent surgery and medical treatment. After Encompass declined coverage, Grimmett sued in state court.[1] Encompass removed the case to federal court.

Now before the Court is Encompass' Motion to Compel the Deposition of Susan Swider (Swider), the owner of Intervening Plaintiff Oakland MRI. (Doc. 31). The Court held a conference on the motion on April 5, 2016. The motion is MOOT.

---

[1] See Wayne County Circuit Court, No. 14-005777-NF.

1

SO ORDERED.

                                                  s/Avern Cohn

Dated: April 5, 2016                    AVERN COHN
Detroit, Michigan                    UNITED STATES DISTRICT JUDGE