UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONA GRIMMETT,

    Plaintiff,

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC, OAKLAND MRI, LLC, and
MICHIGAN AMBULATORY SURGICAL
CENTER, LLC,

    Intervening Plaintiffs,

v.        Case No. 14-14646

ENCOMPASS INDEMNITY COMPANY,    HON. AVERN COHN

    Defendant.

_____/

## **MEMORANDUM**

This is a no-fault benefits case.

Plaintiff and intervening plaintiffs are the insured and providers of medical services. Defendant is the insurer. On June 13, 2017, the Court held a status conference to consider the impact of <u>Covenant Medical Center, Inc. v. State Farm Mutual Automobile Insurance Company</u>. –N.W.2d--, 2017 WL2003337 on the rights and obligations of the parties to move the case forward.

    1. Trial is set for December 4, 2017.

    2. The parties shall have 30 days in which to amend their pleadings and papers.

1

3. Within 30 days each of the plaintiffs shall advise the court of the dollar amount of their respective claims for benefits in reasonable detail. Thereafter the Court will engage in facilitation efforts to resolve the case.

4. The parties shall have five days in which to object to the dates, etc. set forth above.

<pre>
                                        s/Avern Cohn
                                        Hon. Avern Cohn
                                        U.S. District Judge

                                        Dated:  June 19, 2017
</pre>